UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OREGON SEALARK, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OLSON MARINE, INC.,<br><br>Defendant. | Case No. 2:23-CV-01445-JHC<br><br>STIPULATED MOTION TO EXTEND TRIAL DATE AND CASE DEADLINES - & ORDER |

## STIPULATED JOINT MOTION

The parties, by and through their attorneys of record, jointly and respectfully request the Court to extend the trial date to September 30, 2024 and to extend the case deadlines as reflected below:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| BENCH TRIAL DATE Length of Trial 2−4 days | September 30, 2024 at 01:30 pm | January 6, 2025 |
| Joining additional parties | January 2, 2024 | June 4, 2024 |
| Disclosure of expert testimony | March 4, 2024 | July 2, 2024 |

STIPULATED MOTION & ORDER
CASE NO. 2:23-CV-01445 - JHC - 1

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| DEADLINE | CURRENT DATE | PROPOSED DATE |
| Amending pleadings | March 4, 2024 | July 2, 2024 |
| Filing motions related to discovery must be filed | April 3, 2024 | August 6, 2024 |
| Discovery completed | May 3, 2024 | September 3, 2024 |
| Dispositive motions/motions challenging expert witness testimony | June 3, 2024 | October 8, 2024 |
| Settlement conference no later than | August 1, 2024 | November 5, 2024 |
| Motions in limine must be filed by | August 19, 2024 | November 19, 2024 |
| Agreed pretrial order due | September 9, 2024 | December 19, 2024 |
| Deposition designations | September 11, 2024 | December 16, 2024 |
| Pretrial conference | September 16, 2024 | December 23, 2024 |
| Trial briefs, proposed findings of fact and conclusions of law by | September 23, 2024 | December 30, 2024s |

The parties have good cause for requesting this extension. Discovery in this action is ongoing, and each party understands the substantive position taken by the other. The parties wish to extend the case deadlines to allow them to engage in mediation on April 15, 2024 before incurring unnecessary litigation expense.

/ / /

STIPULATED MOTION & ORDER
CASE NO. 2:23-CV-01445 - JHC - 2

**ORDER**

The Court GRANTS in part and DENIES in part the motion. Due to the Court's trial schedule, the Court sets trial in this matter for February 24, 2025. The Court DIRECTS the Clerk to issue a case scheduling order consistent with this new trial date.

DATED this 3rd day of April, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE