UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OREGON SEALARK, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>OLSON MARINE, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01445-JHC<br><br>ORDER |

    This matter comes before the Court on the parties' stipulated Motion to Stay all Deadlines and Trial. Dkt. # 16. The Court STRIKES the trial date and all pretrial deadlines.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1