UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OREGON SEALARK, LLC, | Case No. 2:23-CV-01445-JHC |
| Plaintiff, | **STIPULATED AND ORDER OF DISMISSAL** |
| v. | NOTED FOR CONSIDERATION: MAY 20, 2026 |
| OLSON MARINE, INC., | |
| Defendant. | |

## <u>STIPULATION</u>

Plaintiff and Defendant have reached an agreement for full and final resolution of this matter.  Accordingly, the parties hereby stipulate and agree that this matter shall be dismissed with prejudice, in its entirety, without an award of costs or fees to any party.

Dated this 20th day of May, 2026.

SCHWABE, WILLIAMSON & WYATT, P.C.


By:  *s/ Noah Jarrett*
    Noah Jarrett, WSBA #31117
    Email: njarrett@schwabe.com
    David Boyajian, WSBA #50195
    Email: dboyajian@schwabe.com
    *Attorneys for Plaintiff Oregon Sealark, LLC*

STIPULATION AND ORDER OF DISMISSAL - CASE NO. 2:23-CV-01445 - JHC - 1

BAUER MOYNIHAN & JOHNSON LLP


By: s/ Donald McLean
Donald McLean, WSBA #24158
Email: dkmclean@bmjlaw.com
Sarai Salgado, WSBA #59989
Email: ssalgado@bmjlaw.com
*Attorneys for Defendant Olson Marine, Inc.*

## **ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that this matter shall be dismissed with prejudice, in its entirety, without an award of costs or fees to any party.

DATED this 20th day of May, 2026.


John H. Chun
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - CASE NO.
2:23-CV-01445 - JHC - 2